**Order entered January 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01105-CV

**KATHY BRADY, Appellant**

**V.**

**ANITA KANE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00890-B**

## ORDER

Before the Court is appellee's January 29, 2019 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief due on or before February 15, 2019. Appellee is cautioned that future motions must comply with rule 10.1(a)(5). *See* TEX. R. APP. P. 10.1(a)(5).

/s/    ERIN A. NOWELL
         JUSTICE